Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | |
|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 |
| | P.O. Box 952 | | | |
| | Lehi UT 84043 | | | |

**Ref Number:** 091209
**Deposit Date:** 9/18/09
**Period Ending:** 9/12/09
**Pay Frequency:** Weekly

| Earnings | | | | |
|---|---|---|---|---|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 35.50 | 708.95 | 24,264.01 |
| Overtime 1.5 | | | 0.00 | 1,063.42 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | 19.9700 | 8.00 | 159.76 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | |
|---|---|---|
| | This Pay Period | Year To Date |
| Description | Amount | Amount |
| Utah State W/H | 43.00 | 1,438.00 |
| FICA - SS | 53.86 | 1,806.90 |
| Fica Med | 12.59 | 422.58 |
| Federal | 124.00 | 4,192.00 |
| Garnishment #1 | 158.82 | 747.76 |
| Garnishment #2 | 0.00 | 1,178.36 |
| 401K Loans | 0.00 | 133.38 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 8.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 868.71 | 392.27 | 476.44 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 28,993.56 | 9,918.98 | 19,074.58 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 9/18/09 | 091209 | 476.44 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 476.44 |
| | | Total Current Net: | 476.44 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---------|----------------|-----|---------------|--|--|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | |
| | P.O. Box 952 | | | | |
| | Lehi UT 84043 | | | | |

**Ref Number:** 091909
**Deposit Date:** 9/25/09
**Period Ending:** 9/19/09
**Pay Frequency:** Weekly

| Earnings | | | | |
|----------|--|--|--|--|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.80 | 25,062.81 |
| Overtime 1.5 | | | 0.00 | 1,063.42 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | |
|------------|--|--|
| | This Pay Period | Year To Date |
| Description | Amount | Amount |
| Utah State W/H | 40.00 | 1,478.00 |
| FICA - SS | 49.53 | 1,856.43 |
| Fica Med | 11.58 | 434.16 |
| Federal | 106.00 | 4,298.00 |
| Garnishment #1 | 147.92 | 895.68 |
| Garnishment #2 | 0.00 | 1,178.36 |
| 401K Loans | 0.00 | 133.38 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|-----------------|--|--|--|--------------|--|--|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 798.80 | 355.03 | 443.77 | | 29,792.36 | 10,274.01 | 19,518.35 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 9/25/09 | 091909 | 443.77 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 443.77 |
| | | Total Current Net: | 443.77 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | | |
|---|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S    0 | | **Ref Number:** | 092609 |
| | P.O. Box 952 | | | | **Deposit Date:** | 10/02/09 |
| | Lehi UT 84043 | | | | **Period Ending:** | 9/26/09 |
| | | | | | **Pay Frequency:** | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | **This Pay Period** | | | **Year To Date** |
| **Description** | **Rate** | **Hrs/Units** | **Amount** | **Amount** |
| Regular | 19.9700 | 17.00 | 339.50 | 25,402.31 |
| Overtime 1.5 | | | 0.00 | 1,063.42 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | | |
|---|---|---|---|
| | **This Pay Period** | | **Year To Date** |
| **Description** | | **Amount** | **Amount** |
| Utah State W/H | | 13.00 | 1,491.00 |
| FICA - SS | | 21.05 | 1,877.48 |
| Fica Med | | 4.93 | 439.09 |
| Federal | | 27.00 | 4,325.00 |
| Garnishment #1 | | 68.38 | 964.06 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 0.00 | 133.38 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | |
|---|---|---|---|
| | **Earnings** | **Deductions** | **Net Pay** |
| | 339.50 | 134.36 | 205.14 |

| Year To Date | | | |
|---|---|---|---|
| | **Earnings** | **Deductions** | **Net Pay** |
| | 30,131.86 | 10,408.37 | 19,723.49 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 10/02/09 | 092609 | 205.14 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 205.14 |
| | **Total Current Net:** | | 205.14 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 100309 |
|---------|----------------|-----|---------------|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 10/09/09 |
| | P.O. Box 952 | | | | Period Ending: | 10/03/09 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|--|--|--|--|
| | **This Pay Period** | | | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.82 | 26,201.13 |
| Overtime 1.5 | 29.9550 | 8.00 | 239.64 | 1,303.06 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

| Deductions | | |
|------------|--|--|
| | **This Pay Period** | **Year To Date** |
| Description | Amount | Amount |
| Utah State W/H | 52.00 | 1,543.00 |
| FICA - SS | 64.38 | 1,941.86 |
| Fica Med | 15.05 | 454.14 |
| Federal | 166.00 | 4,491.00 |
| Garnishment #1 | 185.26 | 1,149.32 |
| Garnishment #2 | 0.00 | 1,178.36 |
| 401K Loans | 0.00 | 133.38 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | | |
|-----------------|--|--|--|--------------|--|--|--|
| | Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| | 1,038.46 | 482.69 | 555.77 | | 31,170.32 | 10,891.06 | 20,279.26 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 10/09/09 | 100309 | 555.77 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 555.77 |
| | | **Total Current Net:** | 555.77 |

**Steve D. Ryant
P.O. Box 952
Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 100309 |
|---|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 10/09/09 |
| | P.O. Box 952 | | | | Period Ending: | 10/03/09 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

### Earnings

| Description | This Pay Period Rate | This Pay Period Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 19.9700 | 8.50 | 169.75 | 26,370.88 |
| Overtime 1.5 | | | 0.00 | 1,303.06 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| Utah State W/H | 3.00 | 1,546.00 |
| FICA - SS | 10.52 | 1,952.38 |
| Fica Med | 2.47 | 456.61 |
| Federal | 3.00 | 4,494.00 |
| Garnishment #1 | 0.00 | 1,149.32 |
| Garnishment #2 | 0.00 | 1,178.36 |
| 401K Loans | 0.00 | 133.38 |

### Leave Codes

| | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|---|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 169.75 | 18.99 | 150.76 | | 31,340.07 | 10,910.05 | 20,430.02 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 10/09/09 | 100309 | 150.76 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 150.76 |
| | Total Current Net: | | 150.76 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 101009 |
|---------|----------------|-----|---------------|--|-------------|--------|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 10/16/09 |
| | P.O. Box 952 | | | | Period Ending: | 10/10/09 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|--|--|--|--|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.82 | 27,169.70 |
| Overtime 1.5 | 29.9550 | 11.50 | 344.48 | 1,647.54 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | |
|------------|--|--|
| This Pay Period | | Year To Date |
| Description | Amount | Amount |
| Utah State W/H | 57.00 | 1,603.00 |
| FICA - SS | 70.89 | 2,023.27 |
| Fica Med | 16.57 | 473.18 |
| Federal | 192.00 | 4,686.00 |
| Garnishment #1 | 201.71 | 1,351.03 |
| Garnishment #2 | 0.00 | 1,178.36 |
| 401K Loans | 0.00 | 133.38 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

Important Messages:

| This Pay Period | | |
|-----------------|--|--|
| Earnings | Deductions | Net Pay |
| 1,143.30 | 538.17 | 605.13 |

| Year To Date | | |
|--------------|--|--|
| Earnings | Deductions | Net Pay |
| 32,483.37 | 11,448.22 | 21,035.15 |

012896

| Date | Ref. No. | Amount |
|------|----------|--------|
| 10/16/09 | 101009 | 605.13 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 605.13 |
| | Total Current Net: | | 605.13 |

**Steve D. Ryant
P.O. Box 952
Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---------|----------------|-----|---------------|--|--|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S    0 | Ref Number: | 101709 |
| | P.O. Box 952 | | | Deposit Date: | 10/23/09 |
| | Lehi UT 84043 | | | Period Ending: | 10/17/09 |
| | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|--|--|--|--|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.81 | 27,968.51 |
| Overtime 1.5 | 29.9550 | 8.50 | 254.62 | 1,902.16 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | | |
|------------|--|--|--|
| | This Pay Period | | Year To Date |
| Description | | Amount | Amount |
| Utah State W/H | | 53.00 | 1,656.00 |
| FICA - SS | | 65.31 | 2,088.58 |
| Fica Med | | 15.28 | 488.46 |
| Federal | | 170.00 | 4,856.00 |
| Garnishment #1 | | 0.00 | 1,351.03 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 0.00 | 133.38 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

Important Messages:

| This Pay Period | | | |
|-----------------|--|--|--|
| | Earnings | Deductions | Net Pay |
| | 1,053.43 | 303.59 | 749.84 |

| Year To Date | | | |
|--------------|--|--|--|
| | Earnings | Deductions | Net Pay |
| | 33,536.80 | 11,751.81 | 21,784.99 |

012896

| Date | Ref. No. | Amount |
|------|----------|--------|
| 10/23/09 | 101709 | 749.84 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 749.84 |
| | | Total Current Net: | 749.84 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 102409 |
|---|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 10/30/09 |
| | P.O. Box 952 | | | | Period Ending: | 10/24/09 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | **This Pay Period** | | | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.82 | 28,767.33 |
| Overtime 1.5 | 29.9550 | 10.00 | 299.55 | 2,201.71 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | | |
|---|---|---|---|
| | **This Pay Period** | | **Year To Date** |
| Description | | Amount | Amount |
| Utah State W/H | | 55.00 | 1,711.00 |
| FICA - SS | | 68.10 | 2,156.68 |
| Fica Med | | 15.92 | 504.38 |
| Federal | | 181.00 | 5,037.00 |
| Garnishment #1 | | 0.00 | 1,351.03 |
| Garnishment #2 | | 0.00 | 1,178.54 |
| 401K Loans | | 0.00 | 133.38 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 1,098.37 | 320.02 | 778.35 |

| Year To Date | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 34,635.17 | 12,071.83 | 22,563.34 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 10/30/09 | 102409 | 778.35 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 778.35 |
| | | **Total Current Net:** | **778.35** |

**Steve D. Ryant
P.O. Box 952
Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | Ref Number: | 1031091 |
|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S    0 | Deposit Date: | 11/06/09 |
| | P.O. Box 952 | | | Period Ending: | 10/31/09 |
| | Lehi UT 84043 | | | Pay Frequency: | Weekly |

| Earnings | | | | | |
|---|---|---|---|---|---|
| | **This Pay Period** | | | **Year To Date** | |
| Description | Rate | Hrs/Units | Amount | Amount | |
| Regular | 19.9700 | 32.00 | 639.04 | 29,406.37 | |
| Overtime 1.5 | | | 0.00 | 2,201.71 | |
| Vacation | | | 0.00 | 2,396.40 | |
| Holiday | | | 0.00 | 798.80 | |
| Shift Differential - I | | | 0.00 | 458.50 | |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 | |
| Cabelas Reversal | | | 0.00 | -150.00 | |

| Deductions | | | |
|---|---|---|---|
| | **This Pay Period** | | **Year To Date** |
| Description | Amount | | Amount |
| Utah State W/H | 32.00 | | 1,743.00 |
| FICA - SS | 39.62 | | 2,196.30 |
| Fica Med | 9.27 | | 513.65 |
| Federal | 72.00 | | 5,109.00 |
| Garnishment #1 | 0.00 | | 1,351.03 |
| Garnishment #2 | 0.00 | | 1,178.36 |
| 401K Loans | 0.00 | | 133.38 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 639.04 | 152.89 | 486.15 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 35,274.21 | 12,224.72 | 23,049.49 |

012896

| Date | Ref  No. | Amount |
|---|---|---|
| 11/06/09 | 1031091 | 486.15 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXX5828 | C | 486.15 |
| | Total Current Net: | | 486.15 |

**Steve D. Ryant**
**P.O. Box 952**
**Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Ref Number: 110709 |
| | P.O. Box 952 | | | | Deposit Date: 11/13/09 |
| | Lehi UT 84043 | | | | Period Ending: 11/07/09 |
| | | | | | Pay Frequency: Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.81 | 30,205.18 |
| Overtime 1.5 | 29.9550 | 15.50 | 464.31 | 2,666.02 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | | |
|---|---|---|---|
| | This Pay Period | | Year To Date |
| Description | | Amount | Amount |
| Utah State W/H | | 63.00 | 1,806.00 |
| FICA - SS | | 78.31 | 2,274.61 |
| Fica Med | | 18.32 | 531.97 |
| Federal | | 222.00 | 5,331.00 |
| Garnishment #1 | | 220.37 | 1,571.40 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 0.00 | 133.38 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

Important Messages:

| This Pay Period | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 1,263.12 | 602.00 | 661.12 |

| Year To Date | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 36,537.33 | 12,826.72 | 23,710.61 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 11/13/09 | 110709 | 661.12 |

Your check has been deposited in your bank account:

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 661.12 |
| | | Total Current Net: | 661.12 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---------|----------------|-----|---------------|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | |
| | P.O. Box 952 | | | | |
| | Lehi UT 84043 | | | | |

| | |
|---|---|
| Ref Number: | 111409 |
| Deposit Date: | 11/20/09 |
| Period Ending: | 11/14/09 |
| Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|------|-----------|--------|--------------|
| | **This Pay Period** | | | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.80 | 31,003.98 |
| Overtime 1.5 | 29.9550 | 8.00 | 239.64 | 2,905.66 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 162.43 |
| Cabelas Reversal | | | 0.00 | -150.00 |

| Deductions | | | |
|------------|--------|---|--------------|
| | **This Pay Period** | | **Year To Date** |
| Description | | Amount | Amount |
| Utah State W/H | | 52.00 | 1,858.00 |
| FICA - SS | | 64.39 | 2,339.00 |
| Fica Med | | 15.05 | 547.02 |
| Federal | | 166.00 | 5,497.00 |
| Garnishment #1 | | 185.25 | 1,756.65 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 28.86 | 162.24 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|-----------------|-----------|--------|
| Earnings | Deductions | Net Pay |
| 1,038.44 | 511.55 | 526.89 |

| Year To Date | | |
|--------------|-----------|--------|
| Earnings | Deductions | Net Pay |
| 37,575.77 | 13,338.27 | 24,237.50 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 11/20/09 | 111409 | 526.89 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 526.89 |
| | Total Current Net: | | 526.89 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S    0 | Ref Number: | 112109 |
| | P.O. Box 952 | | | Deposit Date: | 11/27/09 |
| | Lehi UT 84043 | | | Period Ending: | 11/21/09 |
| | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.82 | 31,802.80 |
| Overtime 1.5 | 29.9550 | 10.50 | 314.53 | 3,220.19 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 798.80 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 460.21 |
| Cabelas Reversal | | | 0.00 | -425.00 |

| Deductions | | | |
|---|---|---|---|
| | This Pay Period | | Year To Date |
| Description | | Amount | Amount |
| Utah State W/H | | 56.00 | 1,914.00 |
| FICA - SS | | 69.03 | 2,426.49 |
| Fica Med | | 16.15 | 567.49 |
| Federal | | 185.00 | 5,682.00 |
| Garnishment #1 | | 196.79 | 1,953.44 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 28.86 | 191.10 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,113.35 | 551.83 | 561.52 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 38,711.90 | 13,912.88 | 24,799.02 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 11/27/09 | 112109 | 561.52 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 561.52 |
| | Total Current Net: | | 561.52 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 112809 |
|---|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 12/04/09 |
| | P.O. Box 952 | | | | Period Ending: | 11/28/09 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 24.00 | 479.28 | 32,282.08 |
| Overtime 1.5 | | | 0.00 | 3,220.19 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | 19.9700 | 16.00 | 319.52 | 1,118.32 |
| Shift Differential - I | | | 0.00 | 458.50 |
| Bonus:Cabelas Sa | | | 0.00 | 460.21 |
| Cabelas Reversal | | | 0.00 | -425.00 |

| Deductions | | | |
|---|---|---|---|
| | This Pay Period | | Year To Date |
| Description | | Amount | Amount |
| Utah State W/H | | 40.00 | 1,954.00 |
| FICA - SS | | 49.52 | 2,476.01 |
| Fica Med | | 11.58 | 579.07 |
| Federal | | 106.00 | 5,788.00 |
| Garnishment #1 | | 147.93 | 2,101.37 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 28.86 | 219.96 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 16.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 798.80 | 383.89 | 414.91 |

| Year To Date | | | |
|---|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 39,510.70 | 14,296.77 | 25,213.93 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 12/04/09 | 112809 | 414.91 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXX5828 | C | 414.91 |
| | Total Current Net: | | 414.91 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | |
| | P.O. Box 952 | | | | |
| | Lehi UT 84043 | | | | |

| | | |
|---|---|---|
| Ref Number: | 120509 |
| Deposit Date: | 12/11/09 |
| Period Ending: | 12/05/09 |
| Pay Frequency: | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | **This Pay Period** | | | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.80 | 33,080.88 |
| Overtime 1.5 | 29.9550 | 2.00 | 59.91 | 3,280.10 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 1,118.32 |
| Shift Differential - I | 1.0000 | | 40.00 | 501.50 |
| Shift Differential - I | 1.5000 | | 3.00 | |
| Bonus:Cabelas Sa | | | 0.00 | 460.21 |
| Cabelas Reversal | | | 0.00 | -425.00 |

| Deductions | | | |
|---|---|---|---|
| | **This Pay Period** | | **Year To Date** |
| Description | | Amount | Amount |
| Utah State W/H | | 45.00 | 1,999.00 |
| FICA - SS | | 55.91 | 2,531.92 |
| Fica Med | | 13.07 | 592.14 |
| Federal | | 132.00 | 5,920.00 |
| Garnishment #1 | | 49.99 | 2,151.36 |
| Garnishment #2 | | 0.00 | 1,178.36 |
| 401K Loans | | 28.86 | 248.82 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 901.71 | 324.83 | 576.88 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 40,412.41 | 14,621.60 | 25,790.81 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 12/11/09 | 120509 | 576.88 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 576.88 |
| | **Total Current Net:** | | 576.88 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

# Payroll Register

**Group: 1  Production Payroll**      **PayPeriod: 12/07/09 - 12/07/09**

| Employee | Code/Desc | Rate | Hours | Gross | Code/Desc | Amount | Net Pay | Code/Desc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | **Earnings** | | | **Deductions** | | | **Liabilities** | |

## 12896 Ryant,  Steve Delos

| Employee | Code/Desc | Rate | Hours | Gross | Code/Desc | Amount | Net Pay | Code/Desc | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Seq #     5 | 400  Bonus | 19.9700 | | 600.00 | 45 Utah State W/H | 30.00 | | 6045 UT Suta | 0.00 |
| 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 | | | | | 51 FICA - SS | 37.20 | | 5151 Fica SS | 37.20 |
| Job: 001050.202 Point | | | | | 52 Fica Med | 8.70 | | 5152 Fica Med | 8.70 |
| of Mountain Wash Plant | | | | | 53 Federal | 66.00 | | 5153 Futa | 0.00 |
| Check Ref:     187254 | | | | | 1053 Garnishment #1 | 0.00 | | 5045 UT W/C | 0.00 |
| Paid Date : 12/8/2009 | | | | | | | | 5207 Insurance Burden Ut | 0.00 |
| | | | | | | | | 9300 Cabelas/YOS Utah | 0.00 |
| | | | | | | | | 9451 Profit Sharing Hourly | 30.00 |
| | | | | | | | | 9500 Vacation Accrual Uta | 0.00 |
| | | | | | | | | 9526 Hourly/Safety Bonus | 0.00 |
| | | | | | | | | 9550 Shirts & Jackets | 0.00 |
| | | | | | | | | 9600 Vacation Paid Utah | 0.00 |
| | | | 0.00 | 600.00 | | 141.90 | 458.10 | | 75.90 |

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S    0 | Ref Number: | 121909 |
| | P.O. Box 952 | | | Deposit Date: | 12/24/09 |
| | Lehi UT 84043 | | | Period Ending: | 12/19/09 |
| | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | | |
|---|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | | Amount |
| Regular | 19.9700 | 40.00 | 798.80 | 33,879.68 | Utah State W/H | 45.00 | | 2,074.00 |
| Overtime 1.5 | 29.9550 | 2.00 | 59.91 | 3,340.01 | FICA - SS | 55.91 | | 2,625.03 |
| Vacation | | | 0.00 | 2,396.40 | Fica Med | 13.08 | | 613.92 |
| Holiday | | | 0.00 | 1,118.32 | Federal | 132.00 | | 6,118.00 |
| Shift Differential - I | 1.0000 | | 40.00 | 544.50 | Garnishment #1 | 0.00 | | 2,151.36 |
| Shift Differential - I | 1.5000 | | 3.00 | | Garnishment #2 | 0.00 | | 1,178.36 |
| Bonus | | | 0.00 | 600.00 | 401K Loans | 28.86 | | 277.68 |
| Bonus:Cabelas Sa | | | 0.00 | 460.21 | | | | |
| Cabelas Reversal | | | 0.00 | -425.00 | | | | |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | | |
|---|---|---|---|---|---|---|---|
| | Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| | 901.71 | 274.85 | 626.86 | | 41,914.12 | 15,038.35 | 26,875.77 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 12/24/09 | 121909 | 626.86 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 626.86 |
| | Total Current Net: | | 626.86 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 122609 |
|---------|----------------|-----|---------------|--|-------------|--------|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 12/31/09 |
| | P.O. Box 952 | | | | Period Ending: | 12/26/09 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | |
|----------|--|--|--|--|--|
| | This Pay Period | | | Year To Date | |
| Description | Rate | Hrs/Units | Amount | Amount | |
| Regular | 19.9700 | 24.00 | 479.28 | 34,358.96 | |
| Overtime 1.5 | | | 0.00 | 3,340.01 | |
| Vacation | | | 0.00 | 2,396.40 | |
| Holiday | 19.9700 | 8.00 | 159.76 | 1,278.08 | |
| Shift Differential - I | | | 0.00 | 544.50 | |
| Bonus | | | 0.00 | 600.00 | |
| Bonus:Cabelas Sa | | | 0.00 | 622.64 | |
| Cabelas Reversal | | | 0.00 | -575.00 | |

| Deductions | | | |
|------------|--|--|--|
| | This Pay Period | | Year To Date |
| Description | Amount | Amount | |
| Utah State W/H | 32.00 | 2,106.00 | |
| FICA - SS | 39.62 | 2,674.72 | |
| Fica Med | 9.26 | 625.54 | |
| Federal | 72.00 | 6,190.00 | |
| Garnishment #1 | 0.00 | 2,151.36 | |
| Garnishment #2 | 0.00 | 1,178.36 | |
| 401K Loans | 28.86 | 306.54 | |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 8.00 | 56.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

Important Messages:

| This Pay Period | | | |
|-----------------|--|--|--|
| | Earnings | Deductions | Net Pay |
| | 639.04 | 181.74 | 457.30 |

| Year To Date | | | |
|--------------|--|--|--|
| | Earnings | Deductions | Net Pay |
| | 42,565.59 | 15,232.52 | 27,333.07 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 12/31/09 | 122609 | 457.30 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 457.30 |
| | Total Current Net: | | 457.30 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 010210 |
|---------|----------------|-----|---------------|--|-------------|--------|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 1/08/10 |
| | P.O. Box 952 | | | | Period Ending: | 1/02/10 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|----------|--|--|--|--|------------|--|--|
| | **This Pay Period** | | **Year To Date** | | | **This Pay Period** | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Vacation | 19.9700 | 120.00 | 2,396.40 | 2,396.40 | Utah State W/H | 120.00 | 120.00 |
| | | | | | FICA - SS | 148.58 | 148.58 |
| **Leave Codes** | **Period Usage** | **YTD Usage** | **Balance** | | Fica Med | 34.75 | 34.75 |
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 | | Federal | 539.00 | 539.00 |
| Vacation Leave Balance | 120.00 | 120.00 | 0.00 | | 401K Loans | 28.86 | 28.86 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|-----------------|--|--|--|--------------|--|--|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 2,396.40 | 871.19 | 1,525.21 | | 2,396.40 | 871.19 | 1,525.21 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 1/08/10 | 010210 | 1,525.21 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXX5828 | C | 1,525.21 |
| | **Total Current Net:** | | 1,525.21 |

**Steve D. Ryant**
**P.O. Box 952**
**Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | |
|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | |
| | P.O. Box 952 | | | | |
| | Lehi UT 84043 | | | | |

*Ref Number:* 010910
*Deposit Date:* 1/15/10
*Period Ending:* 1/09/10
*Pay Frequency:* Weekly

| Earnings | | | | |
|---|---|---|---|---|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 10.00 | 199.70 | 199.70 |
| Vacation | | | 0.00 | 2,396.40 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

| Deductions | | |
|---|---|---|
| | This Pay Period | Year To Date |
| Description | Amount | Amount |
| Utah State W/H | 5.00 | 125.00 |
| FICA - SS | 12.38 | 160.96 |
| Fica Med | 2.89 | 37.64 |
| Federal | 8.00 | 547.00 |
| 401K Loans | 28.86 | 57.72 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 199.70 | 57.13 | 142.57 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 2,596.10 | 928.32 | 1,667.78 |

012896

| Date | Ref. No. | Amount |
|---|---|---|
| 1/15/10 | 010910 | 142.57 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 142.57 |
| | | Total Current Net: | 142.57 |

**Steve D. Ryant**
**P.O. Box 952**
**Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 011610 |
|---|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 1/22/10 |
| | P.O. Box 952 | | | | Period Ending: | 1/16/10 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | This Pay Period | | Year To Date | |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 10.00 | 199.71 | 399.41 |
| Vacation | | | 0.00 | 2,396.40 |

| Deductions | | | |
|---|---|---|---|
| | This Pay Period | Year To Date | |
| Description | Amount | Amount | |
| Utah State W/H | 5.00 | 130.00 | |
| FICA - SS | 12.38 | 173.34 | |
| Fica Med | 2.90 | 40.54 | |
| Federal | 8.00 | 555.00 | |
| 401K Loans | 28.86 | 86.58 | |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 199.71 | 57.14 | 142.57 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 2,795.81 | 985.46 | 1,810.35 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 1/22/10 | 011610 | 142.57 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 142.57 |
| | | Total Current Net: | 142.57 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 012310 |
|---------|----------------|-----|---------------|--|-------------|--------|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 1/29/10 |
| | P.O. Box 952 | | | | Period Ending: | 1/23/10 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|--|--|--|--|
| | This Pay Period | | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 10.00 | 199.71 | 599.12 |
| Vacation | | | 0.00 | 2,396.40 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

| Deductions | | |
|------------|--|--|
| | This Pay Period | Year To Date |
| Description | Amount | Amount |
| Utah State W/H | 5.00 | 135.00 |
| FICA - SS | 12.38 | 185.72 |
| Fica Med | 2.90 | 43.44 |
| Federal | 8.00 | 563.00 |
| 401K Loans | 28.86 | 115.44 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|-----------------|--|--|--------------|--|--|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 199.71 | 57.14 | 142.57 | 2,995.52 | 1,042.60 | 1,952.92 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 1/29/10 | 012310 | 142.57 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 142.57 |
| | | Total Current Net: | 142.57 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | | SSN | Filing Status | | Ref Number: | 013010 |
|---|---|---|---|---|---|---|---|
| 12896 | Steve D. Ryant | | XXX-XX-8159 | S | 0 | Deposit Date: | 2/05/10 |
| | P.O. Box 952 | | | | | Period Ending: | 1/30/10 |
| | Lehi UT 84043 | | | | | Pay Frequency: | Weekly |

### Earnings

| | This Pay Period | | | Year To Date |
|---|---|---|---|---|
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 10.00 | 199.71 | 798.83 |
| Vacation | | | 0.00 | 2,396.40 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

### Deductions

| | This Pay Period | Year To Date |
|---|---|---|
| Description | Amount | Amount |
| Utah State W/H | 5.00 | 140.00 |
| FICA - SS | 12.38 | 198.10 |
| Fica Med | 2.89 | 46.33 |
| Federal | 8.00 | 571.00 |
| 401K Loans | 28.86 | 144.30 |

**Important Messages:**

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 199.71 | 57.13 | 142.58 | 3,195.23 | 1,099.73 | 2,095.50 |

012896

| Date | Ref No. | Amount |
|---|---|---|
| 2/05/10 | 013010 | 142.58 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 142.58 |
| | Total Current Net: | | 142.58 |

**Steve D. Ryant
P.O. Box 952
Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 020610 |
|---------|----------------|-----|---------------|--|-------------|--------|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 2/12/10 |
| | P.O. Box 952 | | | | Period Ending: | 2/06/10 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|--|--|--|--|
| | **This Pay Period** | | | **Year To Date** |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.83 | 1,597.66 |
| Vacation | | | 0.00 | 2,396.40 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

| Deductions | | |
|------------|--|--|
| | **This Pay Period** | **Year To Date** |
| Description | Amount | Amount |
| Utah State W/H | 40.00 | 180.00 |
| FICA - SS | 49.53 | 247.63 |
| Fica Med | 11.58 | 57.91 |
| Federal | 109.00 | 680.00 |
| 401K Loans | 28.86 | 173.16 |

**Important Messages:**

| This Pay Period | | | |
|-----------------|--|--|--|
| | Earnings | Deductions | Net Pay |
| | 798.83 | 238.97 | 559.86 |

| Year To Date | | | |
|--------------|--|--|--|
| | Earnings | Deductions | Net Pay |
| | 3,994.06 | 1,338.70 | 2,655.36 |

012896

| Date | Ref. No. | Amount |
|------|----------|--------|
| 2/12/10 | 020610 | 559.86 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXX5828 | C | 559.86 |
| | Total Current Net: | | 559.86 |

**Steve D. Ryant**
**P.O. Box 952**
**Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | |
|---------|----------------|-----|---------------|--|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 |
| | P.O. Box 952 | | | |
| | Lehi UT 84043 | | | |

| | |
|--|--|
| Ref Number: | 021310 |
| Deposit Date: | 2/19/10 |
| Period Ending: | 2/13/10 |
| Pay Frequency: | Weekly |

| Earnings | | | |
|----------|--|--|--|
| | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.84 | 2,396.50 |
| Vacation | | | 0.00 | 2,396.40 |

| Deductions | | |
|------------|--|--|
| | This Pay Period | Year To Date |
| Description | Amount | Amount |
| Utah State W/H | 40.00 | 220.00 |
| FICA - SS | 49.53 | 297.16 |
| Fica Med | 11.59 | 69.50 |
| Federal | 109.00 | 789.00 |
| 401K Loans | 28.86 | 202.02 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|-----------------|--|--|
| Earnings | Deductions | Net Pay |
| 798.84 | 238.98 | 559.86 |

| Year To Date | | |
|--------------|--|--|
| Earnings | Deductions | Net Pay |
| 4,792.90 | 1,577.68 | 3,215.22 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 2/19/10 | 021310 | 559.86 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 559.86 |
| | Total Current Net: | | 559.86 |

**Steve D. Ryant**
**P.O. Box 952**
**Lehi UT 84043**

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | |
|---|---|---|---|---|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 |
| | P.O. Box 952 | | | |
| | Lehi UT 84043 | | | |

| | |
|---|---|
| **Ref Number:** | 022010 |
| **Deposit Date:** | 2/26/10 |
| **Period Ending:** | 2/20/10 |
| **Pay Frequency:** | Weekly |

| Earnings | | | | |
|---|---|---|---|---|
| | **This Pay Period** | | **Year To Date** | |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.80 | 3,195.30 |
| Overtime 1.5 | 29.9550 | 9.00 | 269.60 | 269.60 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | 19.9700 | 8.00 | 159.76 | 159.76 |
| Shift Differential - I | 1.0000 | | 11.00 | 24.50 |
| Shift Differential - I | 1.5000 | | 13.50 | |

| Deductions | | | |
|---|---|---|---|
| | **This Pay Period** | | **Year To Date** |
| Description | | Amount | Amount |
| Utah State W/H | | 63.00 | 283.00 |
| FICA - SS | | 77.66 | 374.82 |
| Fica Med | | 18.16 | 87.66 |
| Federal | | 222.00 | 1,011.00 |
| 401K Loans | | 28.86 | 230.88 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---|---|---|---|
| Holiday Leave Balance | 8.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 1,252.66 | 409.68 | 842.98 |

| Year To Date | | |
|---|---|---|
| Earnings | Deductions | Net Pay |
| 6,045.56 | 1,987.36 | 4,058.20 |

012896

| Date | Ref. No. | Amount |
|---|---|---|
| 2/26/10 | 022010 | 842.98 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|---|---|---|---|
| XXXXXX7862 | XXXXXX5828 | C | 842.98 |
| | **Total Current Net:** | | 842.98 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | Ref Number: | 022710 |
|---------|----------------|-----|---------------|---|-------------|--------|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Deposit Date: | 3/05/10 |
| | P.O. Box 952 | | | | Period Ending: | 2/27/10 |
| | Lehi UT 84043 | | | | Pay Frequency: | Weekly |

| Earnings | | | | |
|----------|---|---|---|---|
| | **This Pay Period** | | **Year To Date** | |
| Description | Rate | Hrs/Units | Amount | Amount |
| Regular | 19.9700 | 40.00 | 798.81 | 3,994.11 |
| Overtime 1.5 | 29.9550 | 29.00 | 868.69 | 1,138.29 |
| Vacation | | | 0.00 | 2,396.40 |
| Holiday | | | 0.00 | 159.76 |
| Shift Differential - I | 1.0000 | 40.00 | | 108.00 |
| Shift Differential - I | 1.5000 | | 43.50 | |

| Deductions | | | |
|------------|---|---|---|
| | **This Pay Period** | | **Year To Date** |
| Description | | Amount | Amount |
| Utah State W/H | | 88.00 | 371.00 |
| FICA - SS | | 108.57 | 483.39 |
| Fica Med | | 25.39 | 113.05 |
| Federal | | 358.00 | 1,369.00 |
| Garnishment #2 | | 292.76 | 292.76 |
| 401K Loans | | 28.86 | 259.74 |

| *Leave Codes* | Period Usage | YTD Usage | Balance |
|---------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | |
|-----------------|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 1,751.00 | 901.58 | 849.42 |

| Year To Date | | | |
|--------------|---|---|---|
| | Earnings | Deductions | Net Pay |
| | 7,796.56 | 2,888.94 | 4,907.62 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 3/05/10 | 022710 | 849.42 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 849.42 |
| | Total Current Net: | | 849.42 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043

Staker & Parson Companies
PO Box 3429
Ogden UT 84409

| Emp No. | Name / Address | SSN | Filing Status | | | |
|---------|----------------|-----|---------------|--|--|--|
| 12896 | Steve D. Ryant | XXX-XX-8159 | S | 0 | Ref Number: | 030610 |
| | P.O. Box 952 | | | | Deposit Date: | 3/12/10 |
| | Lehi UT 84043 | | | | Period Ending: | 3/06/10 |
| | | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | | |
|----------|--|--|--|--|------------|--|--|--|
| | This Pay Period | | | Year To Date | | This Pay Period | | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | | Amount |
| Regular | 19.9700 | 40.00 | 798.80 | 4,792.91 | Utah State W/H | 67.00 | | 438.00 |
| Overtime 1.5 | 29.9550 | 18.00 | 539.20 | 1,677.49 | FICA - SS | 82.95 | | 566.34 |
| Vacation | | | 0.00 | 2,396.40 | Fica Med | 19.40 | | 132.45 |
| Holiday | | | 0.00 | 159.76 | Federal | 244.00 | | 1,613.00 |
| Shift Differential - I | | | 0.00 | 108.00 | Garnishment #2 | 231.16 | | 523.92 |
| | | | | | 401K Loans | 28.86 | | 288.60 |

| Leave Codes | Period Usage | YTD Usage | Balance |
|-------------|--------------|-----------|---------|
| Holiday Leave Balance | 0.00 | 8.00 | -88.00 |
| Vacation Leave Balance | 0.00 | 120.00 | 0.00 |

**Important Messages:**

| This Pay Period | | | | Year To Date | | |
|-----------------|--|--|--|--------------|--|--|
| Earnings | Deductions | Net Pay | | Earnings | Deductions | Net Pay |
| 1,338.00 | 673.37 | 664.63 | | 9,134.56 | 3,562.31 | 5,572.25 |

012896

| Date | Ref No. | Amount |
|------|---------|--------|
| 3/12/10 | 030610 | 664.63 |

**Your check has been deposited in your bank account:**

| Routing ID | Bank Account | Dep Type | Amount |
|------------|--------------|----------|--------|
| XXXXXX7862 | XXXXXX5828 | C | 664.63 |
| | Total Current Net: | | 664.63 |

Steve D. Ryant
P.O. Box 952
Lehi UT 84043